UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEE SCOTT,

                    Plaintiff,

    -v-                                          9:13-CV-1368
                                                  (DNH/DEP)

MS. TANIE HARRIGAN,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                      OF COUNSEL:

LEE SCOTT
Plaintiff, Pro Se
54 Glen Ave.
2nd Floor
Mt. Vernon, NY 10550

HON. ERIC T. SCHNEIDERMAN                KEVIN M. HAYDEN, ESQ.
Attorney General for the State of New York      Ass't Attorney General
Attorneys for Defendant
615 Erie Blvd. West, Ste. 102
Syracuse, NY 13204

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Lee Scott brought this civil rights action pursuant to 42 U.S.C. § 1983. On February 10, 2016, the Honorable David E. Peebles, United States Magistrate Judge, advised by Report-Recommendation that defendant's motion for summary judgment be granted, and the complaint be dismissed in its entirety. See ECF No. 24. Neither party timely filed objections.

Based upon a de novo review of the Report-Recommendation, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is ORDERED that:

1. Defendant's motion for summary judgment is **GRANTED**, and the complaint is **DISMISSED IN ITS ENTIRETY**; and

2. The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

The Clerk of the Court shall enter judgment and close this case.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 4, 2016
       Utica, New York